JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE E. LEWIS, <br>     Petitioner, <br> vs. <br> CHRISTIAN PFEIFFER, Warden, <br>     Respondent. | Case No. CV 16-01439-RGK (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 28, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1